MARTHA G. BRONITSKY, SBN 127583
CHAPTER 13 STANDING TRUSTEE
LEO G. SPANOS, SBN 261837, STAFF ATTORNEY
NIMA GHAZVINI, SBN 254758, STAFF ATTORNEY
P.O. BOX 5004
HAYWARD, CA 94540
PH:  (510) 266-5580
FAX: (510) 266-5589
13trustee@oak13.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA-OAKLAND DIVISION

In re:

THOMAS LAWRENCE SCAUBATO

       Debtor,

_____/

CHAPTER 13

CASE NO. 16-41032 WJL 13

**JOINT PREHEARING STATEMENT FOR TRUSTEE'S OBJECTION TO CONFIRMATION**

**HEARING DATE**: August 18, 2016
**TIME**: 1:30 P.M.
**LOCATION**: COURTROOM 220

   Nima Ghazvini, Staff Attorney for Martha Bronitsky, Chapter 13 Trustee, met and conferred telephonically with Debtor's Attorney Patrick Forte, Esq. on August 2, 2016.  The remaining issues at the time of telephone conference were the following:

   <u>TRUSTEE'S OBJECTION(S)</u>

   1. Plan does not fund due to higher than schedule tax and mortgage arrearage claims

   <u>OTHER</u>

   2. Motion to Dismiss for Failure to Make Plan Payments (up 8/23)

   Debtor has been given funds from a friend to reinstate his mortgage and avoid foreclosure.  Debtor is awaiting confirmation of the amount necessary to reinstate the loan and will pay the claim directly

1

outside chapter 13.  Debtor will then move to voluntarily dismiss this case.

The Trustee and Debtor previously agreed to the continuance of this confirmation hearing which was originally set in July to give Debtor time to reinstate his loan.  Since Debtor no longer seeks chapter 13 relief, Trustee will request the court dismiss this case at the hearing unless Debtor has already filed a voluntary motion to dismiss at that time.

<u>August 3, 2016</u>                              <u>/s/NIMA GHAZVINI 5909</u>
DATE                                    Nima Ghazvini, Esq.
                                        Staff Attorney
                                        Martha G. Bronitsky, Chapter 13 Trustee