

| | |
|---|---|
| 1 | Martha G. Bronitsky |
| 2 | Chapter 13 Standing Trustee |
|   | Po Box 5004 |
| 3 | Hayward, CA 94540 |

Entered on Docket
August 31, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

5  Trustee for Debtor(s)

The following constitutes the order of the court.
Signed August 31, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Thomas Lawrence Scaubato

debtor(s)

Chapter 13 Case No. 16-41032-WJL13

Hearing: 08/18/2016
Time: 1:30 P.M.
Courtroom: 220

**ORDER DISMISSING CHAPTER 13 CASE**

GOOD CAUSE APPEARING AND FOR REASONS STATED ON RECORD,

IT IS HEREBY ORDERED that the Debtor's Chapter 13 case is dismissed.

END OF ORDER

COURT SERVICE LIST

Case: 16-41032    Doc# 18    Filed: 08/31/16    Entered: 08/31/16 13:17:51    Page 2 of 2